DECIDED SEPTEMBER 5, 1961.

*Bruce B. Edwards,* for plaintiff in error.
*Bullock, Yancey & Mitchell, Kyle Yancey,* contra.

### 38889.   KING SALES COMPANY, INC. v. PARKER.

NICHOLS, Judge.   The petition in the instant case, like those in the cases of *King Sales Co. v. McKey,* 104 Ga. App. 63 (121 SE2d 48), and *King Sales Co. v. Childs,* 104 Ga. App. 71 (121 SE2d 54), fails to allege a timely tender upon the discovery of the alleged fraud.   Accordingly, the judgment overruling the defendant's general demurrer must be reversed.
*Judgment reversed. Carlisle, P. J., and Eberhardt, J., concur.*

DECIDED SEPTEMBER 5, 1961.

*Bruce B. Edwards,* for plaintiff in error.
*Edward J. Henning,* contra.